No. 159. COLEMAN *v.* CITY OF GRIFFIN. Appeal from the Court of Appeals of Georgia. Decided October 11, 1937. *Per Curiam:* The appeal herein is dismissed (1) for the want of a substantial federal question, *Reynolds* v. *United States,* 98 U. S. 145, 166, 167; *Davis* v. *Beason,* 133 U. S. 333, 342, 343; (2) for the want of a properly presented federal question, *Erie R. Co.* v. *Purdy,* 185 U. S. 148, 154; *Herndon* v. *Georgia,* 295 U. S. 441, 443. *Mr. O. R. Moyle* for appellant. No appearance for appellee.